DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID VALENCIA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:08-cr-00101 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON <br><br> Date:  June 30, 2008 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that **the Status Conference hearing in the above-captioned matter now set for June 23, 2008, may be continued to June 30, 2008, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant to allow her additional time for investigation and case preparation prior to the hearing. AUSA Kimberly Sanchez has no objection. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: June19, 2008                        By:   /s/ Kimberly Sanchez
                                                     KIMBERLY SANCHEZ
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED: June 19, 2008                     By:   /s/ Francine Zepeda
                                                     FRANCINE ZEPEDA
                                                     Assistant Federal Defender
                                                     Attorneys for Defendant

## **O R D E R**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 20, 2008**                **/s/ Anthony W. Ishii**
                                          UNITED STATES CHIEF DISTRICT JUDGE