DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-cr-00101 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE/MOTIONS HEARING; ORDER THEREON |
| v. | |
| DAVID VALENCIA, | Date:  July 14, 2008 |
| Defendant. | Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that **the status conference/motions hearing in the above-captioned matter now set for June 30, 2008, may be continued to July 14, 2008, at 9:00 A.M.**

This continuance is at the request of counsel for the defendant because she will be out of her office on June 30, 2008, the date now set for hearing, due to an emergency. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: June 24, 2008    By:   /s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: June 24, 2008    By:   /s/  Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant

## **O R D E R**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   June 25, 2008**            **/s/ Anthony W. Ishii**
UNITED STATES CHIEF DISTRICT JUDGE