1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DAVID VALENCIA

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         ) No. 1:08-cr-00101 AWI
                                       )
12 |            Plaintiff,             ) STIPULATION TO CONTINUE STATUS
                                       ) HEARING; ORDER
13 |      v.                           )
                                       )
14 | DAVID VALENCIA,                   ) Date:  October 27, 2008
                                       ) Time:  9:00 A.M.
15 |            Defendant.             ) Judge: Hon. Anthony W. Ishii
                                       )
16 |_____)

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

18 counsel, that **the status conference hearing in the above-captioned matter now set for October 6,**

19 **2008, may be continued to October 27, 2008, at 9:00 A.M.**

20        This continuance is requested by counsel for Defendant Jacob Moya to allow her additional time

21 for defense preparation and investigation, and to allow the parties time for negotiation. The requested

22 continuance will conserve time and resources for the parties and the court.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: October 3, 2008                 By:    /s/ Kimberly Sanchez
                                                          KIMBERLY SANCHEZ
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Public Defender

DATED: October 3, 2008                 By:    /s/ Francine Zepeda
                                                          FRANCINE ZEPEDA
                                                          Assistant Federal Defender
                                                          Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

        DATED: October _3_, 2008

                                                          Anthony W. Ishii, Judge
                                                          United States District Court
                                                          Eastern District of California