1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DAVID VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:08-cr-00101 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS HEARING and ORDER |
| v. | ) ) | |
| DAVID VALENCIA, | ) ) | Date: December 15, 2008 Time: 9:00 A.M. |
| Defendant. | ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that **the status conference hearing in the above-captioned matter now set for December 8, 2008, may be continued to December 15, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow her additional time for defense preparation and investigation, and to allow the parties additional time for plea negotiation.  The requested continuance will conserve time and resources for the parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

///

3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: December 4, 2008     By:     /s/ Kimberly Sanchez
                                    KIMBERLY SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: December 4, 2008     By:     /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant

## O R D E R

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:     December 4, 2008**              /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE