1

BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

APR 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. 1:08-cr-00101 AWI |
| ) | |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 2423(b) - Travel With Intent to Engage in |
| ) | Illicit Sexual Conduct |
| v. ) | |
| ) | |
| DAVID VALENCIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

S U P E R S E D I N G   I N F O R M A T I O N

COUNT 1:  [18 U.S.C. § 2423(b) - Travel With Intent to Engage in
          Illicit Sexual Conduct]

   The Grand Jury charges: T H A T

                        DAVID VALENCIA,

defendant herein, in or about August 2007, in the County of

Merced, State and Eastern District of California and elsewhere,

did knowingly transport an individual who had not attained the age

of 18 years in interstate and foreign commerce, with the intent

that such individual engage in sexual activity for which any person can be charged with a criminal offense.

All in violation of 18 U.S.C. Section 2423(b).

                                BENJAMIN B. WAGNER
                                United States Attorney

                            By: _____
                                KIMBERLY A. SANCHEZ
                                Assistant U.S. Attorney