KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
DAVID VALENCIA

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-F-08-CR 101 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE ONE WEEK TO JUNE 20, 2011 |
| v. | Old date: 6/13/2011 at 9:00 a.m. |
| | New Date: 6/20/2011 |
| | Time: 9:00 a.m. |
| DAVID VALENCIA, | Dept. 2 |
| Defendant | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL FOR THE GOVERNMENT AND COUNSEL FOR DEFENDANT AS FOLLOWS:

That due to defense counsel Katherine Hart's need to be at the Correctional Training Facility state prison in Soledad, California at 1:00 p.m. on June 13, 2011, for a lifer parole hearing, the sentencing date for defendant VALENCIA previously scheduled for June 13, 2011 at 9:00 a.m., be continued one week to June 20, 2011.

DATED: May 17, 2011        /kh/Katherine Hart
                           KATHERINE HART, Attorney for
                           Defendant DAVID VALENCIA

DATED: May 17, 2011        /ks/ Kimberly Sanchez
                           KIMBERLY SANCHEZ, Assistant
                           United States Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the sentencing in UNITED STATES v. DAVID VALENCIA, Case No. F-08-CR 101, previously set for June 13, 2011 at 9:00 a.m. is to be continued to June 20, 2011 at 9:00 a.m. before the Honorable Anthony W. Ishii, Judge of the Eastern District.

IT IS SO ORDERED.

Dated:   May 17, 2011

CHIEF UNITED STATES DISTRICT JUDGE