```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA    ) Case No. 1:08-cr-00101 AWI
                                )
12              Plaintiff,      ) STIPULATION AND
                                ) ORDER FOR CONTINUANCE OF
13        v.                    ) SENTENCING
                                )
14  DAVID VALENCIA,             )
                                )
15              Defendant.      )
    _____)
16
17       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,
18  United States Attorney and Kimberly A. Sanchez, Assistant U.S.
19  Attorney and Katherine Hart, attorney for defendant, that the
20  sentencing hearing currently set for June 20, 2011 be continued
21  to July 11, 2011 at 9:00 a.m.
22  Dated: June 16, 2011              Respectfully submitted,
23                                    BENJAMIN B. WAGNER
                                      United States Attorney
24
25                              By    /s/ Kimberly A. Sanchez
                                      KIMBERLY A. SANCHEZ
26                                    Assistant U.S. Attorney
27  Dated: June 16, 2011              /s/ Katherine Hart
                                      KATHERINE HART
28                                    Attorney for Defendant
```

<u>ORDER</u>

IT IS SO ORDERED.

Dated:     June 16, 2011                          /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE